KERRY HATCH, Respondent, v EDWARD HATCH, Appellant.

Submitted January 27, 2014; decided April 3, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

HSBC BANK USA, NATIONAL ASSOCIATION, as Trustee for ACE SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES 2006-OP2 ASSET BACKED PASS-THROUGH CERTIFICATES, Respondent, v GREGORY SAGE, Appellant, et al., Defendants.

Submitted February 10, 2014; decided April 3, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

JEAN C. JACOBS, Appellant, v STEPHEN J. MAZZEI JR. et al., Respondents. (And a Third-Party Action.)

Submitted February 10, 2014; decided April 3, 2014

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]; 2103 [b] [6]).